Robert A. Sparks
Law Office of Robert A. Sparks
1552 Noble Street
Fairbanks, Alaska  99701
Phone:  (907) 451-0875

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

HORIZON LINES OF ALASKA, LLC    )
                                )
     Plaintiff,                 )
                                )
vs.                             )
                                )
EVERGREEN NURSERY, INC., and    )
JEFFERY DINWIDDIE               )
                                )
     Defendants                 )
_____) Case No.:_____

**COMPLAINT FOR FREIGHT CHARGES**

Plaintiff HORIZON LINES OF ALASKA, LLC ("HORIZON LINES") and alleges:

1.   This case raises matters of admiralty and maritime jurisdiction under 28 U.S. C. Section 133 and within the meaning of Rule 9(h).

2.   Plaintiff Horizon Lines is an Alaska Limited Liability Company, Horizon Lines is, and at all material times was, a common and contract ocean carrier engaged in the transportation of cargo between the different states of the United States of America, including the states of Washington and Alaska, making it a water carrier in noncontiguous domestic trade, as those

1

terms are defined in 49 U.S.C. section 12102(3) and (17).

3. On information and belief, defendant Evergreen Nursery, Inc. ("Evergreen Nursery") is, and at all material times, was, an Alaska corporation in good standing organized and existing under the laws of the State of Alaska, which does or has done business in this District.

4. On information and belief, defendant Jeffery Dinwiddie, is and at all material times was, the president and principal of Evergreen Nursery, Inc. and does and has done business in this district.

5. Between May 13, 2009 and June 19, 2010, Horizon Lines received and transported for Evergreen Nursery various containers of cargo for shipment between the states of Washington and Alaska, as contracted with Evergreen Nursery and as shown in the freight bills attached hereto as Exhibit "1".

6. Evergreen Nursery failed to completely pay for the shipments and owes plaintiff an amount in excess of $120,505.79, subject to adjustment for costs and attorney's fees for the transportation described in Paragraph V above and as provided in the Horizon Lines' tariffs filed with the Surface Transportation Board, attached hereto as "Exhibit 2".

7. According to the Horizon Lines tariff outlining the contractual obligations of Horizon Lines and Evergreen Nursery, the principals of Evergreen Nursery are jointly and severally

liable with Evergreen Nursery for all costs, freight, demurrage, general average, collection costs and attorney's fees. Dinwiddie, as a principal of Evergreen Nursery is jointly and severally liable with Evergreen Nursery for the unpaid freight charges, described herein, See Tariff No. 414, Rule 007, attached hereto as "Exhibit 2."

Wherefore, Plaintiff Horizon Lines prays for judgment against defendants jointly and severally in the amount of $120,505.79, subject to adjustments for interest, costs and attorney's fees.

DATED this 31st day of March, 2011 at Fairbanks, Alaska.

THE LAW OFFICES OF ROBERT A. SPARKS

/s/ Robert A. Sparks
Robert A. Sparks
Attorney for Plaintiff
Membership No. 8611139
1552 Noble Street
Fairbanks, Alaska 99701
Phone: 907-451-0875
Fax: 907-451-9385